

| | | |
|---|---|---|
| **Muriel Goode-Trufant**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | Yini Zhang<br>Senior Counsel<br>yinzhan@law.nyc.gov<br>Phone: (212) 356-3541 |

January 22, 2025

**BY ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

*[Handwritten: The conference is adjourned to February 21 at 11:30 am.*
*/s/ Denise Cote*
*1/22/25]*

Re: Brightman, Elliot v. City of New York, et al.
    24-CV-04189 (DLC)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendants City of New York, Momen Attia, Kenneth Garvey, and Karriza Cruz. I write to respectfully request an adjournment of the initial conference scheduled for January 23, 2025 at 2:30 P.M. Plaintiff's counsel, Philip Akakwam, Esq., has consented to this request. This is defendants' first request for an adjournment of the initial conference.

The reason for the request is because the undersigned is currently out of the office due to health issues. The undersigned sincerely apologizes to the Court for the short notice. Should the Court be inclined to grant the within request, the parties have conferred and propose, with the Court's schedule allowing: February 18, February 20, and February 21.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Yini Zhang*

Yini Zhang
Senior Counsel
Special Federal Litigation Division

cc:    Philip Akakwam, Esq. (By ECF)
       *Attorney for Plaintiff*